CHAUNCEY S. FETHERLY, Respondent, *v.* WILLIAM BURKE, Appellant.

(Submitted March 12, 1873; decided June term, 1873.)

THIS was an action upon an account for goods sold and delivered.   The answer denies an indebtedness for the amount claimed, averring that a portion of the articles were sold and delivered to other persons without defendant's knowledge or assent.   On the trial defendant offered to show that some of the goods sold were unsound and worthless, which was excluded.   *Held*, no error, as no question of warranty was raised by the pleadings.

*William B. Mills* for the appellant.

*J. Sprague Morley* for the respondent.

JOHNSON, C., reads for affirmance.
All concur.
Judgment affirmed.